JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
IMANI DIXON
Assistant United States Attorney
Nevada Bar Number 15724
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6270/Fax: 702.388.6418
Imani.Dixon@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:22-mj-00709-DJA |
| vs. | **ORDER TO CLOSE CASE** |
| WILMER ROSALES-PEREZ, | |
| Defendant. | |

IT IS STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and IMANI DIXON, Assistant United States Attorney, counsel for the United States of America, and JASON BARRUS, Esquire, counsel for the defendant WILMER ROSALES-PEREZ, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1. On or about June 21, 2023, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. § 4.23(a)(1). *See* ECF No. 16.

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500.00 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI course and (2) Victim Impact Panel; (iii) complete an eight (8) hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for a period of six (6) months; and (v) not violate any local, state, or federal laws for a period of six (6) months.

3. On June 21, 2023, this Court sentenced defendant pursuant to the parties' plea agreement. *See* ECF No. 16.

4. Since commending his term of unsupervised probation, defendant has successfully completed conditions (i), (ii), (iii), and (iv).

5. As such, the parties jointly request that the above-captioned matter be closed.

DATED this 14th day of December, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

 /s/ Jason Barrus                                                  /s/ Imani Dixon
JASON BARRUS, ESQ.                                  IMANI L. DIXON, ESQ.
Attorney for Defendant                                   Assistant United States Attorney
**WILMER ROSALES-PEREZ**

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILMER ROSALES-PEREZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Case No.:   2:22-mj-00709-DJA <br><br> **ORDER TO CLOSE THE CASE** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Wilmer Rosales-Perez has successfully completed the conditions of his sentencing.

## **ORDER**

IT IS HEREBY ORDERED that the parties move the Court in the above-captioned matter case be closed, as all requirements have been completed.

DATED this ___15th___ day of December, 2023

_____
DANIEL J. ALBREGTS
United States Magistrate Judge

3